```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- x
DANZAS CHINA LTD,                        :
                                         :
          Plaintiff,                     :
                                         :
     -v-                                 :    08 Civ. 9532 (JSR)
                                         :
DAEWOO LOGISTICS CORP.,                  :         ORDER
                                         :
          Defendant.                     :
---------------------------------------- x
```

JED S. RAKOFF, U.S.D.J.

     By letter dated February 4, 2009, plaintiff in the above-captioned matter notified the Court that arbitration proceedings have commenced in London. Accordingly, the Court hereby directs the Clerk of the Court to place this case on the Suspense Docket on the condition that counsel for the parties, jointly or severally, send a letter report to the Court every three months beginning May 15, 2009, informing the Court of the status of the matter.

     SO ORDERED.

Dated: New York, New York
       February 4, 2009

                                       JED S. RAKOFF, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-5-09